La Forge & La Forge, Esq., LLC
160 Market Street-Suite 5
Saddle Brook, New Jersey 07663
201-556-1616
Attorneys for the Defendant

|  | : | UNITED STATES DISTRICT COURT |
|---|---|---|
|  | : | DISTRICT COURT OF NEW JERSEY |
| UNITED STATES OF AMERICA | : |  |
| Plaintiff, | : |  |
| vs. | : | DOCKET NO. 07-639-001 |
| ERIC THORPE, | : | CRIMINAL ACTION |
| Defendant. | : |  |
|  | : | CONSENT ORDER |

**THIS MATTER** having been opened to the Court by La Forge & La Forge Esq., LLC., attorneys for the defendant, ERIC THORPE, (Loren La Forge, Esq., appearing), by way of application for a Notice of Motion; and it further appearing that Assistant United States Attorney, Rodney Villazor consents to the application and the Court having considered the Certification and Legal Memorandum filed by the defendant in support of the Motion; and having considered the within Consent Order; and for other good cause having been shown;

IT IS, on this  26th  day of  July  2012, **ORDERED as follows:**

1. Defendant Eric Thorpe's probation is terminated.



———————————————————————
Honorable Susan D. Wigenton, U.S.D.J.

The undersigned herby consents
to the form and entry of the within
Order.

*Loren La Forge*
———————————————————————
Loren M. La Forge, Esq.
Attorney/Defendant, Eric Thorpe


The undersigned herby consents
to the form and entry of the within
Order.


———————————————————————
Rodney Villazor, Esq.
Assistant United States Attorney